APPEAL No. 75-39. ROBERT L. ARMSTRONG *v.* RICHARD W. POLASKI. Motion of the appellee that the case be remanded to

the Superior Court is denied, subject to the right of the appellee to order the transcript in question at his own expense. Said cost of transcript is to be treated as costs in the case in the event that the appellee is successful in his appeal. *John D. Lynch,* for appellant. *William Gerstenblatt,* for appellee.